**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 347 EAL 2017

                Respondent            :

                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court
         v.                  :

                               :

CHARLES PARKER,                :

                :

                Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.